# In the United States Court of Federal Claims

**YOLONDA DENISE THOMPSON, PMA**  )   Case No._____19-1688 C_____
**Yolonda Denise Thompson, Trustee**  )
                      )   Judge_____
                Third Party Plaintiff  )
                      )
        VS.                   )
                      )
**THE UNITED STATES,**         )
                  Defendant.  )

## COMPLAINT

Comes now Yolonda Denise Thompson, Trustee, Third Party Plaintiff(s),

hereby making a Special Appearance under Threat, Duress and Coercion and not

appearing generally, before this court seeking a remedy 28 USC §1491. We

respectfully request the indulgence of this court as We are not schooled in law. This

is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

To challenge legality of action, jurisdiction of court and authority of corrupt public

officers, servants, corrupt supervising and administrative judges, court attorney

employees of THE UNITED STATES, UNITED STATES OF AMERICA GOV

privately held companies.

1. **JURISDICTION:** 28 USC §1491 and 1495

2. **PARTIES:** THE UNITED STATES

3. **STATEMENT OF FACTS**

I, Yolonda Denise, hereinafter "Trustee", YOLONDA DENISE THOMPSON, PMA[1], testify on this first day of November , 2018 that I am of the age of majority, have firsthand knowledge of the facts herein and am competent to state the facts herein as the sworn testimony in this Affidavit of Yolonda Denise, Trustee, as follows:

**Fact 1:** Trustee of YOLONDA DENISE THOMPSON, PMA, hereinafter "PMA', was appointed on the first day of November, 2018[2]; and

**Fact 2:** Trustee of PMA[3] accepted appointment on the first day of November; and

**Fact 3:** Trustee testifies that regarding Case 2:18-cr-00124-WB Trustee never granted and denies ever granting assignment as Attorney in Fact for Trustee or PMA to any TRAFFICKERS OF PERSONS[4], hereinafter

---

[1] See exhibit Title Page of YOLONDA DENISE THOMPSON, PMA, with Trustees, NAC and date referenced as thought stated in its entirety herein; and
[2] See exhibit Appointment of Trustee referenced herein as though stated in its entirety herein; and
[3] See exhibit Acceptance of Appointment of Trustee referenced herein as though stated in its entirety herein; and
[4] See Respondent and address at beginning of this document.

"TRAFFICKERS", including and not limited to anyone called prosecutors, judges, justices, administrators, department of justice contractors and personnel, law enforcement contractors and personnel, and their superiors, heirs, agents, assigns, or successors; and

**Fact 4**:  Trustee testifies that Trustee never granted irrevocable and exclusive assignment of Attorney in Fact regarding Trustee or PMA to any other TRAFFICKERS known as public servants, contractors, private employees or corporate employees regarding Case 2:18-cr-00124-WB; and

**Fact 5**:  Trustee testifies that Trustee has not been presented with the signed and sealed warrant or letters patent by TRAFFICKERS to act as Attorney in Fact for Trustee or PMA; and

**Fact 6**:  Trustee testifies that failure of TRAFFICKERS to provide signed and sealed warrant or letters patent is admission by the TRAFFICKERS that TRAFFICKERS are acting without authority or consent from Trustee or PMA and are thereby committing harm, injury and war crimes against Trustee and PMA in violation of presidential order against TRAFFICKING OF PERSONS, in violation of Universal Declaration of Human Right and in violation of the Law of Nations; and

**Fact 7**:  Trustee testifies that TRAFFICKERS and the Court have failed to disclose and give any evidence to the contrary to Trustee that the Court is a private, for-profit corporation listed on Dun and Bradstreet just like NESTLE'S, COCA COLA and hundreds more; and

**Fact 8**: Trustee testifies that TRAFFICKERS have not provided evidence to Trustee or PMA that bonds placed by TRAFFICKERS on Case 2:18-cr-00124-WB Trustee, or PMA are not fraudulent slave bonds infecting global bond markets; and

**Fact 9**:  Trustee testifies that failure of TRAFFICKERS to rebut the facts herein with specificity, in writing, point by point, under Public Law also known as Statutes at Large (Stat.) with full liability under oath and vow to the Divine Creator with a bond in the event of harm, injury or war crimes committed by TRAFFICKERS to the Trustee is admission by said TRAFFICKERS that:

    a.    the facts stated herein are true and correct; and

    b.    TRAFFICKERS are without authority to act as Attorney in Fact for Trustee or PMA to extort funds from Trustee or PMA; and

    c.    TRAFFICKERS are committing fraud, identity theft, and trafficking of persons without consent of Trustee or PMA; and

      d.     TRAFFICKERS are creating fraudulent bonds on Case 2:18-cr-00124-WB; and

**Fact 10**: Trustee testifies that annexed documents referenced herein are true and correct copies of originals held in the records of YOLONDA DENISE THOMPSON, PMA; and

**Fact 11**: Trustee testifies that in the event that any provision or wording of this statement of facts is held to be invalid or unenforceable at law, such provision or wording shall hereby be severed from this statement to the extent that such affect the validity or enforceability of the statement of facts; and

**Fact 12**: Trustee gives her sacred word and promise to her Divine Creator that Trustee's  testimony in this statement of facts are true and correct to the best of her knowledge, information and experience; and

**Fact 13**:  Trustee testifies that Trustee reserves the right to appoint Attorney in Fact for Trustee or PMA; and

**Fact 14**: Trustee reserves the right to refuse actions of anyone including TRAFFICKERS who attempt to harm, injury and commit war crimes against Trustee and PMA that violate Universal Declaration of Human Rights or the Law of Nations; and

**Fact 15**: Trustee reserves the right to refuse to engage or contract with TRAFFICKERS and any Court that is a private, for-profit corporation listed on Dun and Bradstreet just like NESTLE'S, COCA COLA and hundreds more; and

**Fact 16**: Trustee reserves the right to have no bonds placed on Trustee or PMA; and

**Fact 17**: Trustee testifies that annexed documents referenced herein are true and correct copies of originals held in the records of YOLONDA DENISE THOMPSON, PMA; and

**Fact 18**: Trustee deny being liable or responsible for the errors and omissions of any offeror, partner of offeror, or their agents on behalf of the YOLONDA DENISE THOMPSON agency / instrumentality of the United States; and

**Fact 19**: Trustee rescind any and all prior endorsements, front and back, decline any and all offers to contract and reserve the right to reject all offers and bids, and do not concede to any presumptions of law, with the parties:

US, UNITED STATES, USA, WASHINGTON, D.C., STATE OF

PENNSYLVANIA, COUNTY OF PHILADELPHIA etc,.; and

**Fact 20**: Trustee rescind and reject any contract with the above parties on

the grounds that consent was not and is not, free, mutual, or communicated

bilaterally to each party, whereas the construction of a contract occurred

before I obtained the age of majority and wherein I have yet to receive full

disclosure regarding the terms conditions, reciprocity requirements,

undisclosed governing laws, principles and doctrines; and

**Fact 21**: Trustee deny being liable or responsible for the errors and

omissions of any offeror, partner of offeror, or their agents on behalf of the

YOLONDA DENISE THOMPSON, YOLANDA DENISE THOMPSON and

ALBERT WILLIAM UPSHUR agency / instrumentality of the United States;

and

**Fact 22**: Trustee make this rescission voluntarily and without prejudice, on

the grounds of fraud, misrepresentation, and concealment of material facts

regarding the underlying financial transactions and the financial

undertakings for the YOLONDA DENISE THOMPSON and YOLANDA

DENISE THOMPSON XXX-XX-8054 and ALBERT WILLIAM UPSHUR

XXX-XX-4846; and

**Fact 23**: Trustee further make this rescission on the grounds that the responding parties through their agents have concealed information regarding Trustee rights and entitlement over property that they are holding in trust, under the administrative YOLONDA DENISE THOMPSON, YOLANDA DENISE THOMPSON and ALBERT WILLIAM UPSHUR agency / instrumentality of the United States; and

**Fact 24**: Trustee deny that Trustee received full disclosure regarding the underlying financial assets, financial under YOLONDA DENISE THOMPSON, YOLANDA DENISE THOMPSON and ALBERT WILLIAM UPSHUR takings, and accounting of interest to which trustee have affixed my signature under influence of duress and coercion of the perpetuators of the fraud against the estate; and

**Fact 25**: Trustee have reason to know that agents doing the business on the estate through the YOLONDA DENISE THOMPSON, YOLANDA DENISE THOMPSON and ALBERT WILLIAM UPSHUR agency /instrumentality of the United States, have misrepresented the character and legal status of the ens legis and are concealing material facts, regarding the underlying financial transactions in such a way to deprive me of my interest and title in property and rights; and

**Fact 26**:   Trustee deny that Trustee ever intended to forfeit rights and freedoms, to receive a benefit, wherein Trustee became obligated to perform on obligations charged against my estate, secured by my body, and any such consent shall be deemed for the record an issue under duress, threat and coercion; and

**Fact 27**: Trustee reject all benefits and liabilities stemming from previous contract(s) with the addressees, rendering null and void all contracts with the addressees whether express or implied.

Explicitly, exclusively and expressly reserving ALL Rights and Liberties "without prejudice" on obligations charged against my estate, secured by my body, and any such consent shall be deemed for the record an issue under duress, threat and coercion; and

**Fact 28**:   Trustee reserves the right to refuse to engage or contract with TRAFFICKERS who fail to rebut the facts herein with specificity, in writing, point by point, under Public Law also known as Statutes at Large (Stat.) with full liability under oath and vow to the Divine Creator with a bond in the event of harm, injury or war crimes committed by TRAFFICKERS to the Trustee; and

## 4. CLAIM

1. Trustee, Yolonda Denise Thompson claims that The United States
   District Court For the Eastern Division of Pennsylvania aka THE
   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
   OF PENNSYLVANIA, STATE OF PENNSYLVANIA, US District Court
   Clerk aka CLERK OF COURT, US Marshall Service aka US
   MARSHALL, Federal Detention Center aka Bureau of Federal Prison,
   US District Court Pre-Trail aka US DISTRICT COURT PRE-TRAIL  and
   MUNICPAL COURTS and MUNICPAL POLICE DEPARTMENTS are a
   Municipal Charter and private entity, their charters are private
   corporations and under case law such as Rod Class 11-CVS- 1559 in
   Judge Ridgeway's ruling, originated from a fact finding court ruling in
   error in <u>Class v.North Carolina. Case No. 10 DOT 7047</u>. which it is,
   under a state within a state under masonic principle, under the
   Courts herein, an association in Private and not Public, therefore has
   no capacity for Public force.

2. THE UNITED STATES DISTRICT COURT FOR THE EASTERN
   DISTRICT OF PENNSYLVANIA, STATE OF PENNSYLVANIA, CLERK
   OF COURT, US DISTRICT COURT PRE-TRAIL  are forcing the

plaintiff into their Association and in violation of the Universal Declaration of Human Rights and thereby has taken the plaintiff's Property rights by taking the plaintiff's intangible property rights when it was projected as and counterclaimed not a resident non-established U.S. Citizen, an unlawful statute and action, thereby is as disclosed in the following as the international filing in my claim, is here for them to read and dismiss all their Masonic or British Court Claims against affiant.

3. All right in Claim from an ALL CHARTER CORPORATIONS therefore are a nullity, without any capacity of force thereby all actions against the petitioner are to be vacated by charter of Private government which affiant is not part of.

4. By intentional unjust conviction and imprisonment, Human trafficking in Person by force, fraud and coercion, isolating, enticing, transporting, holding, confining, harboring, profiting, soliciting, depriving liberty, threatening legal actions, psychological control, financial threats, legal harassment, withholding passport, threatening force, debt bondage, causing financial harm, kidnapping and abduction, abusing position of

power to Trustee(s). Spelled out in the Affidavits, Notice and Demands, Forced Association, Rescission, exhibits attached to this complaint.

5. My Person is under the care, custody and control of a foreign government to the Pope state within the State of Pennsylvania Or Federal government or The Company and Masons.

6. I am the Trustee of the Person(s) under instrument(s). YOLONDA DENISE THOMPSON, PMA and associated trust(s) YOLANDA DENISE THOMPSON, YOLONDA DENISE THOMPSON LIVING TRUST, ALBERT WILLIAM UPSHUR, ALBERT WILLIAM UPSHUR TRUST and my Beneficiaries are already named.

## 5. RELIEF

1. Dismiss all case(s) against Trustee(s) Yolonda Denise Thompson, Albert William Upshur and YOLONDA DENISE THOMPSON, PMA and all association as no jurisdiction or Venue and vacant of Person cannot appear before your arbitrary private body politic asserting a Sphere of Catholic Religion.

2. Equitable estoppel

3. Immediate release of Trustee(s)Yolonda Denise Thompson and Albert William Upshur.

4. To compensate Trustee(s) Yolonda Denise Thompson and Albert William Upshur  Ten Trillion $10,000,000,000.00 USD for all the intentional fraud, theft, battery, assault, financial losses, misrepresentation, false imprisonment, emotional infliction of mental distress, trespassing to land, trespassing to chattel and conversion and duress against them since age of majority.  To restore Trustee(s) to age of majority and Trust(s) is impossible because of all the fraud.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of September 2019.

By: _____

Yolonda Denise Thompson, Trustee for
YOLONDA DENISE THOMPSON, PMA
In care of 4716 Upland Street
Philadelphia, Pennsylvania   19143
yolondadenisethompsonpma@gmail.com
(267)809-7377

**YOLONDA DENISE THOMPSON, PMA VS UNITED STATES**